UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFONSO MORRIS, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 2:01-cv-00205-LSC-HGD |
| SHERIFF JIM WOODWARD, et al., | ) |
|     Defendants. | ) |

## **FINAL JUDGMENT**

On March 1, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On March 13, 2006, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the motion for summary judgment of defendants Jim Woodward and the Jefferson County Jail is due to be and hereby is GRANTED and the motion to dismiss of defendant NaphCare is due to be and hereby is GRANTED. This action is hereby DISMISSED WITH PREJUDICE.

For information regarding the cost of appeal, see the attached notice.

Done this <u>28th</u> day of <u>March 2006</u>.

                                              L. SCOTT COOGLER
                                    UNITED STATES DISTRICT JUDGE
                                                    124153

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| Thomas K. Kahn<br>Clerk | In Replying Give Number<br>Of Case and Names of Parties |

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

_____

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $250 docket fee plus $5 filing fee (for a total of $255) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $255 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $255 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $255 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $255 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $255 fee is collected, even if an appeal is unsuccessful.

THOMAS K. KAHN
Clerk

PLRA Notice